```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 08 B 03072
   JOSEPHINA RAMIREZ
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4627

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/12/2008 and was not confirmed.

     The case was dismissed without confirmation 04/07/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------
WELLS FARGO BANK       NOTICE ONLY          .00            .00          .00
WELLS FARGO MORTGAGE   CURRENT MORTG        .00            .00          .00
WELLS FARGO MORTGAGE   SECURED NOT I   26357.92            .00          .00
YOLANDA SANDOVAL       NOTICE ONLY    NOT FILED            .00          .00
DAVID HERNANDEZ        DEBTOR ATTY         .00                          .00
TOM VAUGHN             TRUSTEE                                          .00
DEBTOR REFUND          REFUND                                           .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                   .00
                      ---------------      ---------------
TOTALS                     .00                  .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 07/22/08          _____

                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```